UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID BEACHEM , <br><br> Plaintiff, <br><br> v. <br><br> JACK BRAMBAUGH. <br><br> Defendant. | CASE NO. 11-5435 RJB <br><br> ORDER ADOPTING A REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, dated July 11, 2011. Dkt. 10. The Plaintiff has not filed objections. The Court has considered the Report and Recommendation and the remaining record, and hereby adopts the Amended Report and Recommendation for the reasons stated herein.

The Magistrate Judge recommends that Plaintiff's action be dismissed with prejudice for failure to state a claim. Dkt. 10 pp. 1-3. As detailed in the Report and

Recommendation, Plaintiff has been provided guidance and an opportunity to cure the defects in his complaint. Plaintiff has failed to correct the deficiencies and the complaint is frivolous. *Id.*

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED WITH PREJUDICE** for failure to state a claim. Defendant's alleged use of abusive language, no matter how offensive, does not rise to the level of a constitutional violation. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (e)(2). *In forma pauperis* status is revoked for purposes of appeal.

DATED this 12th day of August, 2011.

_____
ROBERT J. BRYAN
United States District Judge